UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>V.<br><br>DARREN LITTLE,<br>    Defendant. | CRIMINAL NO. 7:09-05-KKC<br><br><br>**ORDER** |

*** *** ***

    This matter is before the Court on a recommended disposition in which the Magistrate Judge makes certain recommendations regarding the Defendant's violations of the terms of his supervised release. (DE 190.) No party filed objections and the Defendant has appeared before the undersigned for allocution and sentencing. (DE 196.)

    At the final revocation hearing, the Court, in accordance with the Magistrate's recommendations, found the Defendant in violation of the terms and conditions of his supervised release. Accordingly, the Court **ADOPTS** the Magistrate's recommended disposition as the Court's opinion. (DE 190.) A separate judgment will be issued.

    Dated June 22, 2020

KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY